IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN RIZZO, an individual,    )
                                )   2:12-cv-00825-GEB-DAD
            Plaintiff,          )
                                )
      v.                        )   ORDER OF DISMISSAL
                                )
BUTTE COUNTY OFFICE OF          )
EDUCATION; HEATHER SENSKE; and  )
DOES 1 through 25, inclusive,   )
                                )
            Defendants.         )
_____)

        Plaintiff was required to respond to an Order filed July 16, 2012, by either filing proof that each defendant was served with process or a document providing a sufficient explanation why service was not completed within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 5, 2:6-12.) This filing was due no later than July 30, 2012. The July 16, 2012 Order warned Plaintiff that failure to make the required showing by the deadline would result in the unserved defendants and/or the action being dismissed.

        Plaintiff failed to respond to the July 16, 2012 Order by this deadline. Therefore, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  August 9, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28