IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUSAN RIZZO, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>BUTTE COUNTY OFFICE OF<br>EDUCATION; HEATHER SENSKE; and<br>DOES 1 through 25, inclusive,<br><br>           Defendants. | 2:12-cv-00825-GEB-DAD<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(M) NOTICE</u> |

Plaintiff states in her Status Report filed November 8, 2012, concerning the status of service of process as follows:

> Plaintiff's counsel initially spoke with defendants' counsel who agreed to accept service on behalf of defendants; therefore service was attempted by mailing a Notice of Lawsuit and Request for Waiver of Service to defendants' counsel. However, shortly after doing so, Plaintiff's counsel was contacted by new counsel for defendants who did not have the authority at that time to accept service on behalf of defendants. In the meantime, Plaintiff was recently diagnosed with breast cancer and has been hesitant about moving forward with litigation. Accordingly, Plaintiff's counsel requests additional time to complete service of process so that Plaintiff may decide if she can continue litigation while undergoing cancer treatment.

(Status Report 1:22-2:2, ECF No. 14.)

In light of the above representations, Plaintiff is granted a **second** extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendants Butte County Office of Education and

1

Heather Senske until and including December 7, 2012. Plaintiff is notified under Rule 4(m) that failure to serve Defendants with process by December 7, 2012, may result in the action's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before December 10, 2012, Plaintiff shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 26, 2012, is continued to February 11, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior, in which Plaintiff is required to explain her efforts to prosecute this action.

IT IS SO ORDERED.

Dated:  November 14, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge