IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN RIZZO,

    Plaintiff,

vs.

BUTTE COUNTY OFFICE OF EDUCATION, et al.,

    Defendants.

_____/

Case No. 2:12-cv-0825 GEB DAD PS

<u>ORDER</u>

    This matter came before the court on April 12, 2013, for hearing of defendants' motion for judgment on the pleadings. (Doc. No. 29.) John Kelley, Esq. appeared for defendants. Plaintiff Susan Rizzo appeared in person on her own behalf.

    At the hearing the undersigned noted that plaintiff had not filed an opposition or statement of non-opposition to defendants' motion. Plaintiff then informed the court that she wished to dismiss this matter without prejudice. Counsel for defendants stated that defendants had no objection to plaintiff's request. On April 16, 2013, plaintiff filed a motion for voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 31.)

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed April 16, 2013 motion for voluntary dismissal without prejudice (Doc. No. 31) is granted; and

2. This action is closed.

DATED: April 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\rizzo0825.oah.041213